# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0225.  BAUER & DEITCH, P.C. et al. v. GEICO ADVANTAGE INSURANCE COMPANY et al.**

In 2017, Bauer & Deitch, P. C. and Fryer, Shuster & Lester, P. C. filed a continuing garnishment action against GEICO. GEICO failed to timely answer, and the plaintiffs obtained a default judgment in June 2018. Several months later, respondents – multiple entities having "GEICO" in their corporate names – filed a motion to set aside the default judgment. On November 9, 2018, the trial court granted the motion and set aside the default judgment. The plaintiffs then filed this application for discretionary appeal.

Although appeals from "cases involving garnishment" must generally come by discretionary application, see OCGA § 5-6-35 (a) (4), the grant of a motion to set aside is interlocutory. See *Guy v. Roberson*, 214 Ga. App. 391, 392 (1) (448 SE2d 60) (1994); *English v. Tucker Fed. S & L Assn.*, 175 Ga. App. 69, 69 (332 SE2d 365) (1985). Such non-final orders must be appealed through the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b). *Guy*, 214 Ga. App. at 392 (1); *English*, 175 Ga. App. at 70. And where both discretionary and interlocutory application procedures apply, the applicant must follow the interlocutory appeal procedure and obtain a timely certificate of immediate review before filing an application. See *Bailey*

*v. Bailey*, 266 Ga. 832, 832 (471 SE2d 213) (1996). Because the plaintiffs failed to follow the interlocutory appeal procedure, we lack jurisdiction to consider this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/07/2019

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*